# Court of Appeals
# of the State of Georgia

ATLANTA, October 03, 2025

*The Court of Appeals hereby passes the following order*

## A26D0089. LATANYA RHODES v. HOSPITALITY VENTURES MANAGEMENT, LLC et al.

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

23C04235



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, October 03, 2025.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*